HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY J. SWALLEY, ) | Civil No. 07-05851 MHP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, June 9, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (8) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: May 2, 2008 | /s/<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| Dated: May 2, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>TAMMY J. SWALLEY |

IT IS SO ORDERED.

Dated: 5/5/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

2

STIPULATION AND ORDER