1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  TAMMY J. SWALLEY,            )  No.: C-07-05851 MHP
                                 )
15              Plaintiff,       )
                                 )
16                               )
                                 )
17  v.                           )  STIPULATION AND ORDER FOR
                                 )  DISMISSAL
18                               )
                                 )
19  MICHAEL J. ASTRUE,           )
    Commissioner, Social Security)
20  Administration,              )
                                 )
21              Defendant.       )
                                 )
22  _____)

23

24        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

25  matter be dismissed in its entirety without prejudice. Each party shall bear their own

26  attorney's fees and costs.

27

28

                                         1
    STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 28, 2008          /s/_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Dated:  May 28, 2008          /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
TAMMY J. SWALLEY

IT IS SO ORDERED.

Dated: __May 29, 2008_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

2

STIPULATION AND ORDER