1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 | TAMMY J. SWALLEY,           ) No.: C-07-05851 MHP
                                 )
15 |         Plaintiff,          )
                                 )
16 |                             )
                                 )
17 | v.                          ) STIPULATION AND ORDER FOR
                                 ) DISMISSAL
18 |                             )
                                 )
19 | MICHAEL J. ASTRUE,          )
     Commissioner, Social Security )
20 | Administration,             )
                                 )
21 |         Defendant.          )
                                 )
22 |_____)

23
       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24
   matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25
   attorney's fees and costs.
26

27

28

                                       1
   STIPULATION AND ORDER

| | |
|---|---|
| 1 | |
| 2 | JOSEPH P. RUSSONIELLO |
| 3 | United States Attorney |
| 4 | |
| 5 | |
| 6 | Dated: May 28, 2008 |
| 7 | /s/_____ |
|   | ELIZABETH FIRER |
|   | Special Assistant U.S. Attorney |

Dated: May 28, 2008        /s/_____
                           HARVEY P. SACKETT
                           Attorney for Plaintiff
                           TAMMY J. SWALLEY

IT IS SO ORDERED.

Dated: May 29, 2008

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

2

STIPULATION AND ORDER